# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC<br><br>Plaintiff(s),<br><br>v.<br><br>BALI DESIGNS, INC., et al.<br><br>Defendant(s). | CASE NO.<br>2:20–cv–00705–DSF–JEM<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed.  Plaintiff is ordered to file a motion for default judgment on or before May 22, 2020.  Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

IT IS SO ORDERED.

Date: April 21, 2020

*/s/ Dale S. Fischer*
Dale S. Fischer
United States District Judge