UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BALI DESIGNS, INC., a Texas Corporation; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.: 2:20-cv-00705-DSF-JEM<br><br>**ORDER RE PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF DEFENDANT BALI DESIGNS, INC. WITH PREJUDICE** |

　　　WHEREAS, **Plaintiff Chrome Hearts LLC** ("Chrome Hearts" or "Plaintiff") has filed a Complaint in this action charging, *inter alia,* **Defendant Bali Designs, Inc.** ("Defendant" or "Bali Designs") with trademark infringement, unfair competition and related common and state law claims arising from Defendant's alleged unauthorized manufacture, production, distribution, advertisement, offering for sale, and/or sale of products bearing unauthorized reproductions of the Chrome Hearts Marks (attached hereto and incorporated herein as **Exhibit A**) (such products hereinafter referred to as "Accused Products."), and exemplars of the Accused Products being shown below:

1

  

*Examples of Accused Products*

WHEREAS, the parties have entered into a Settlement Agreement and Mutual Release to fully resolve all of the claims in this action among the parties;

WHEREAS, without any admission of liability, Defendant Bali Designs has consented to entry of a permanent injunction under the terms below, **IT IS HEREBY ORDERED** that:

1. Defendant and his agents, servants, employees and all entities and/or persons in active concert and participation with him are hereby permanently restrained and enjoined from infringing upon the Chrome Hearts Marks in **Exhibit A**, including, but not limited to:

    a. manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling the Accused Products or any other products which bear the Chrome Hearts Marks and/or any marks confusingly similar thereto;

    b. engaging in any other activity constituting unfair competition with Chrome Hearts, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements used or owned by or associated with Chrome Hearts; and

    c. committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendant are licensed by,

authorized by, offered by, produced by, sponsored by, or in any other way associated with Chrome Hearts.

WHEREAS, Plaintiff and Defendant have further agreed as follows, and **IT IS HEREBY FURTHER ORDERED** that:

2. This Court has jurisdiction over the parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

3. The Parties' Stipulation to and entry of this Order shall serve to bind and obligate the Parties hereto.

4. Each Party shall bear their own attorneys' fees and costs associated with the present action with neither one to be deemed as the prevailing Party.

5. The jurisdiction of this Court is retained for the purpose of enforcing or modifying the Permanent Injunction granted by this Order.

6. Except as provided for herein, Defendant is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: May 29, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Mark | U.S. Registration No(s). | Goods/Services |
|---|---|---|
| CH Plus Mark | 3,385,449 | Jewelry, namely, bracelets, rings, watch bands, necklaces and lighters made of precious metals |
| | 3,365,408 | Retail store services in the field of jewelry, clothing, handbags, eyewear, home furnishings, bed linen and toys. |